IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:04-CR-008 |
| | § | |
| RODNEY SHANE HOLT | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.
It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of 9 months imprisonment as to each count to run concurrently with no term of supervised release to follow and this includes any un-served CRC time.

The Court also recommends that Defendant be housed in the Bureau of Prisons El Reno, Oklahoma facility, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 3rd day of April, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE